# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 31, 2023

_____

## DOCKET CORRECTION NOTICE

_____

No. 23-4211,   US v. Quenton Holman
              1:22-cr-00023-WO-1

TO:   Quenton Damon Holman

**SEALED JOINT APPENDIX CORRECTION DUE:  September 5, 2023**

Please make the correction identified below by the due date indicated.

[✔] Certificate of Confidentiality: You must file certificates of confidentiality for sealed volumes (Volume III), identifying the authority for sealing the material and who may have access to the material.

Kirsten Hancock, Deputy Clerk
804-916-2704