UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)**

No. __23-4211__    Caption: USA v. QUENTON DAMON HOLMAN

QUENTON DAMON HOLMAN, Appellant

(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

    Joint Appendix Volume III

2. Is sealing of document(s) necessary?

    ☐ No
    ☑ Yes, to protect material sealed under the Privacy Policy for Electronic Case Files, or by statute, rule, regulation, or order

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

    Confidential and Personal Materials are filed Under Seal in the District Court

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

    This material was sealed in the District Court. For that reason it should be sealed now, but Government counsel should certainly have access to it. It all relates to the appellant's separate pro se issues.

5. (For SEALED APPENDIX) Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix.

    ☑ Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS) Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted.

    ☐ Yes

## CERTIFICATE OF SERVICE

I certify that on  8/31/2023      the sealed document(s) identified in this Certificate of Confidentiality were served on the following parties or counsel of record outside of CM/ECF at the addresses listed below.  Service may be made by direct email or other electronic means with the prior written consent of the party to be served.  <u>In consolidated criminal cases</u>, identify which sealed appendix volumes were served on each party or attorney.

| s/ James B. Craven, III, Esq. | 08/31/23 |
|---|---|
| Signature | Date |