**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

September 1, 2023

_____

NOTICE

_____

No. 23-4211,   US v. Quenton Holman
          1:22-cr-00023-WO-1

TO: James Craven

You have indicated in the certificate of confidentiality filed on August 31, 2023, that government's counsel should have access to the documents contained in volume three of the joint appendix which were filed ex parte in the district court. Please file a motion in the district court requesting removal of the ex parte designation.

Donna Lett, Deputy Clerk
804-916-2704